

FILED
CLERK, U.S. DISTRICT COURT

OCT - 3 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.L., A Minor, By and Through His Guardian Ad Litem, ELIZABETH L, | Case No. 2:19-cv-3922-SVW-MRW |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| v. | Complaint Filed: May 5, 2019<br>Counterclaim Filed: June 19, 2019 |
| TEMPLE CITY UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |
| TEMPLE CITY UNIFIED SCHOOL DISTRICT, | |
| Counterclaimant, | |
| v. | |
| A.L., A Minor, By and Through His Guardian Ad Litem, ELIZABETH L, | |
| Counterdefendant. | |

DWK DMS 3459475v1

Having received notice that the Parties reached a settlement, which provides for this Court to enter a judgment,

IT IS ORDERED AND ADJUDGED that the April 17, 2019 decision rendered by the California Office of Administrative Hearings ("OAH") in the consolidated matter, Case Nos. 2018060785 and 2018070289 is hereby VACATED.

IT IS FURTHER ORDERED AND ADJUDGED that the above-captioned matter be dismissed with prejudice, and that except as otherwise agreed to by the Parties, each party shall bear its own attorneys' fees and costs in connection with this action.

DATED: 10/3/19

_____
HON. STEPHEN V. WILSON
United States District Judge

DWK DMS 3459475v1